Neil Grossman (NG 9113)
Peretz Bronstein (*to be admitted pro hac vice*)
**Bronstein, Gewirtz & Grossman, LLC**
144 North Beverwyck Road, Suite 187
Lake Hiawatha, New Jersey 07034
Tel: (973) 335-6409
Fax: (973) 335-3717

*Attorneys for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN PADGETT, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIT TECHNOLOGIES LTD., AMIT MANTSUR, YOSSI BEN HAROSH, ERAN EROV, and MOTTI HANIA,<br><br>Defendants. | Case No.: 16-cv-04579 (KM)(JBC)<br><br>[~~PROPOSED~~] ORDER ISSUING REQUEST FOR SERVICE ABROAD OF JUDICIAL DOCUMENTS |

ORDER

Lead Plaintiffs Martin Smilovich and Hershel Smilovich having moved before this Court (ECF No. 12) upon the Declaration of Neil Grossman, and supporting Memorandum of Law, for an order issuing a request for service abroad of judicial documents for all five defendants in Israel; for good cause found, such motion is hereby GRANTED.

Dated: June 7, 2017

_____
~~The Honorable Freda L. Wolfson~~
~~United States District Judge~~

Kevin McNulty
U.S. District Judge