# *BRONSTEIN, GEWIRTZ & GROSSMAN, LLC*

PLEASE RESPOND TO:
144 N. BEVERWYCK ROAD, # 187
LAKE HIAWATHA, NEW JERSEY 07034
TELEPHONE:  (973) 335-6409
TELECOPIER:  (973) 335-3717
E-MAIL: neil@bgandg.com

| | |
|---|---|
| PERETZ BRONSTEIN (NY)<br>EDWARD N. GEWIRTZ* (NJ AND NY)<br>NEIL GROSSMAN (NJ AND NY)<br>YITZHAK E. SOLOVEICHIK (NY)<br><br>- *OF COUNSEL* -<br>YITZHAK GREENBERG (NJ AND NY)<br>SHIMON YIFTACH (CA AND NY)<br><br>* REGISTERED PATENT ATTORNEY | NEW JERSEY OFFICE<br>40 CALUMET AVENUE<br>LAKE HIAWATHA, NJ 07034<br><br>NEW YORK OFFICE<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK, NY 10165<br>(212) 697-6484 |

September 18, 2017

**<u>Via ECF</u>**

Honorable Judge Kevin McNulty
U.S. District Judge, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re: <u>*Padgett v. RiT Technologies Ltd. et al.*, 2:16-cv-04579 (KM)(JBC)</u>

Dear Judge McNulty:

      This firm represents the lead plaintiffs in this matter.  Kindly accept this letter as the status report you requested in your text order of September 7, 2017.

      All five of the defendants in this action are located in the State of Israel, presenting some unique and difficult challenges regarding service of process.  As Your Honor is aware, we are in the process of serving all defendants through the procedures provided in the Hague Convention.  We have submitted all necessary documents, including translations, to a law firm in Israel that is assisting us with this process.  We understand that the Israeli law firm has or soon will submit the papers to Israel's Central Authority for service upon defendants, as required by the Hague Convention.  It is unclear when service will be effected through this process, but we will file proofs of service as soon as they are obtained.

Honorable Judge Kevin McNulty  September 18, 2017
Page 2

      As service has not yet been effected, there have been no other developments in this matter to report. Thank you very much for your consideration.

      Respectfully submitted,

      <u>/s/ Neil Grossman</u>
      Neil Grossman