## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN PADGETT, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIT TECHNOLOGIES LTD., AMIT MANTSUR, YOSSI BEN HAROSH, ERAN EROV, and MOTTI HANIA,<br><br>Defendants. | CASE NO. 16-cv-04579 (KM)(JBC)<br><br>[~~PROPOSED~~] **STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT AND SETTING BRIEFING SCHEDULE** |

Lead Plaintiffs Martin Smilovich and Hershel Smilovich (collectively, "Lead Plaintiffs") and Defendant Amit Mantsur (collectively, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on July 28, 2016, Plaintiff Stephen Padgett filed an Complaint in this action in the United States District Court for the District of New Jersey;

WHEREAS, on February 14, 2017, this Court appointed Martin Smilovich and Hershel Smilovich as Lead Plaintiffs;

WHEREAS, Lead Plaintiffs intend to file an amended and consolidated complaint in this matter;

WHEREAS, in a stipulation so-ordered by the Court on November 22, 2017, the deadline for Lead Plaintiffs to file an amended and consolidated complaint in this matter was scheduled for February 14, 2018; and

WHEREAS, given the international nature of this action's underlying events and Lead Plaintiffs' investigation relating thereto, Lead Plaintiffs request additional time to file an amended and consolidated complaint in this matter;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead Plaintiffs, by their undersigned counsel, and Mantsur, by his undersigned counsel, that:

1. Lead Plaintiffs will file their Amended Complaint on or before **April 16, 2018**;
2. Mantsur reserves all other rights, including but not limited to objections based on lack of personal jurisdiction;
3. Defendants shall not be required to answer or otherwise respond to the Complaint until Lead Plaintiffs have filed their Amended Complaint or the deadline to file the Amended Complaint has passed;
4. Once Lead Plaintiffs file their Amended Complaint or the deadline to file the Amended Complaint has passed, Defendants shall have **60 days** to answer, move to dismiss, or otherwise respond.

**IT IS SO ORDERED.**

Dated: Feb 15, 2018

Honorable Kevin McNulty
United States District Court Judge

STIPULATED TO AND APPROVED BY:

s/Neil Grossman
Neil Grossman
Bronstein, Gewirtz & Grossman, Esqs.
144 North Beverwyck Road, #187
Lake Hiawatha, NJ 07034
973-335-6409
neil@bgandg.com

*Attorneys for Lead Plaintiffs*

s/Sara B. Cannon
Sara B. Cannon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendants*