# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

| | 601 Lexington Avenue<br>New York, NY 10022 | |
|---|---|---|
| Sara B. Cannon<br>To Call Writer Directly:<br>(212) 446-4912<br>sara.cannon@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

June 7, 2018

**VIA ECF**

James B. Clark, III, U.S.M.J.
United States District Court
United States Courthouse
2 Federal Square, Room 369
Newark, NJ  07101

Re: *Stephen Padgett v. RiT Technologies Ltd., et al.*
No.: 16-cv-04579-KM-JBC

Dear Judge Clark:

I am counsel of record for Defendants RiT Technologies Ltd., Amit Mantsur, Yossi Ben Harosh, Eran Erov, and Motti Hania ("Defendants"), in this matter. In accordance with your Honor's individual practices and L. Civ. R. 101.1(c), I make this application for the admission *pro hac vice* of Jay P. Lefkowitz, Nathaniel J. Kritzer, and Joseph M. Sanderson of the law firm of Kirkland & Ellis LLP.

I have enclosed (i) the Certifications of Mr. Lefkowitz, Mr. Kritzer, and Mr. Sanderson, which certify their bar admission status and good standing; (ii) my Certification as counsel of record, which certifies compliance with L. Civ. R. 101.1(c); and (iii) a proposed Order.

We respectfully request that the Court admit Mr. Lefkowitz, Mr. Kritzer, and Mr. Sanderson *pro hac vice* as counsel for the Defendants. Counsel for Plaintiffs consents to this request. If the enclosed application and Order meet with your Honor's approval, we respectfully request that you enter the Order and file it with the Clerk.

Thank you for your consideration of this application.

Respectfully submitted,

*/s/ Sara B. Cannon*

Sara B. Cannon

Enclosures