# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN PADGETT, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>RIT TECHNOLOGIES LTD., AMIT MANTSUR, YOSSI BEN HAROSH, ERAN EROV, and MOTTI HANIA,<br><br>    Defendants. | Case No. 16-CV-04579-KM-JBC<br><br><br>CERTIFICATION OF<br>JOSEPH M. SANDERSON<br>IN SUPPORT OF APPLICATION FOR<br>ADMISSION *PRO HAC VICE* |

I, JOSEPH M. SANDERSON, hereby certify:

1.  I am an associate with the law firm of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, attorneys for Defendants RiT Technologies Ltd., Amit Mantsur, Yossi Ben Harosh, Eran Erov, and Motti Hania ("Defendants").

2.  I make this Certification in accordance with L. Civ. R. 101.1(c) in support of the request of Defendants for an Order admitting me to appear and participate in this matter *pro hac vice*.

3.  I am a member in good standing of the bar of the State of California, to which I was admitted on November 29, 2015. The official or office maintaining the roll of the members of that bar is the Supreme Court of California, 350 McAllister Street, Room 1295, San Francisco, CA 94102-4797.

4.  I am a member in good standing of the bar of United States District Court for the Central District of California, to which I was admitted on December 4, 2015. The official or office

maintaining the roll of the members of that bar is the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street Los Angeles, CA 90012-3332

5.      I am a member in good standing of the bar of the United States Court of Appeals for the Ninth Circuit, to which I was admitted on December 7, 2015. The official or office maintaining the roll of the members of that bar is the United States Court of Appeals for the Ninth Circuit, 95 Seventh Street, Suite 429, San Francisco, CA 94119-3939.

6.      I am a member in good standing of the bar of New York, to which I was admitted on January 22, 2018. The official or office maintaining the roll of the members of that bar is the Supreme Court of the State of New York, Appellate Division, First Judicial Dep't, 41 Madison Avenue, 26th Floor, New York, NY 10010.

7.      I am a member in good standing of the bar of the United States District Court for the Southern District of New York, to which I was admitted on March 27, 2018. The official or office maintaining the roll of the members of that bar is the United States District Court, Southern District of New York, 500 Pearl Street, Room 120, New York, NY 10007.

8.      I am a member in good standing of the bar of the United States District Court for the Southern District of California, to which I was admitted on March 5, 2018. The official or office maintaining the roll of the members of that bar is the United States District Court, Southern District of California, 221 West Broadway, San Diego, CA 92101.

9.      I am a member in good standing of the bar of the United States District Court for the Northern District of California, to which I was admitted on May 24, 2018. The official or office maintaining the roll of the members of that bar is the United States District Court, Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

10.     No disciplinary proceedings are pending or proposed against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

11.     In accordance with L. Civ. R. 101(c)(4), we have designated Sara B. Cannon, Esq. of the law firm of Kirkland & Ellis LLP, a member of the bar of this Court, as the attorney with whom the Court and counsel may readily communicate regarding conduct of this case and upon whom papers may be served.

12.     If admitted *pro hac vice*, I agree to pay the annual fee to the New Jersey Lawyers' Fund for Client Protection for any year in which I continue to represent a client in a matter pending in this Court, in accordance with New Jersey Court Rule 1:28-2.

13.     If admitted *pro hac vice*, I agree to pay $150.00 to the Clerk of the United States District Court, in accordance with L. Civ. R. 101.1(c)(3).

14.     If admitted *pro hac vice*, I agree to comply with Local Civil Rule 101.1(c) in all respects.

15.     For all of these reasons, I respectfully request that this Court issue an Order admitting me to appear *pro hac vice*. I will abide by the Rules of this Court, and I acknowledge that if I am admitted *pro hac vice*, I will be within the disciplinary jurisdiction of this Court.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Dated: June 7, 2018

_____
JOSEPH M. SANDERSON

3