IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN PADGETT, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIT TECHNOLOGIES LTD., AMIT MANTSUR, YOSSI BEN HAROSH, ERAN EROV, and MOTTI HANIA,<br><br>Defendants. | Case No. 16-CV-04579-KM-JBC<br><br>CONSENT ORDER ADMITTING JAY P. LEFKOWITZ, NATHANIEL J. KRITZER, AND JOSEPH M. SANDERSON ~~PRO HAC VICE~~ |

THIS MATTER having been brought before the Court by Kirkland & Ellis LLP, (Sara B. Cannon, appearing), attorneys for Defendants, RiT Technologies Ltd., Amit Mantsur, Yossi Ben Harosh, Eran Erov, and Motti Hania ("Defendants"), on an application for an Order allowing Jay P. Lefkowitz, Nathaniel J. Kritzer, and Joseph M. Sanderson of Kirkland & Ellis LLP to appear and participate *pro hac vice*; and Plaintiff's counsel having consented to the admission *pro hac vice* of Mr. Lefkowitz, Mr. Kritzer, and Mr. Sanderson; and the Court having considered the moving papers; and for good cause shown;

IT IS on this 8th day of June, 2018

ORDERED that Jay P. Lefkowitz, Nathaniel J. Kritzer, and Joseph Sanderson, members of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by Sara B. Cannon or another attorney admitted to the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who will be held responsible for

the conduct of the attorneys admitted hereby; and it is further

ORDERED that Jay P. Lefkowitz, Nathaniel J. Kritzer, and Joseph M. Sanderson, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 for each year in which their *pro hac vice* admissions remain in effect, with the first payment to be made within twenty (20) days from the date of the entry of this Order if not already made for 2018; and it is further

ORDERED that Jay P. Lefkowitz, Nathaniel J. Kritzer, and Joseph M. Sanderson, shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of entry of this Order; and it is further

ORDERED that Jay P. Lefkowitz, Nathaniel J. Kritzer, and Joseph M. Sanderson, shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Jay P. Lefkowitz, Nathaniel J. Kritzer, and Joseph M. Sanderson, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Fee Rule, Rule 1:21-7, as amended.

_____
HONORABLE JAMES B. CLARK, III, U.S.M.J.