**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHEN PADGETT, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIT TECHNOLOGIES LTD., AMIT MANTSUR, YOSSI BEN HAROSH, ERAN EROV, and MOTTI HANIA,<br><br>Defendants. | CASE NO. 16-cv-04579 (KM)(JBC)<br><br>[~~PROPOSED~~] **STIPULATED ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

Lead Plaintiffs Martin Smilovich and Hershel Smilovich (collectively, "Lead Plaintiffs") and Defendants Amit Mantsur, Yossi Ben Harosh, Eran Erov, Motti Hania (together, "Individual Defendants") (collectively, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on June 15, 2018, Individual Defendants moved to dismiss Lead Plaintiffs' Amended Complaint;

WHEREAS the Parties wish to agree on a briefing schedule on the Motion to Dismiss;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead Plaintiffs, by their undersigned counsel, and Defendants, by their undersigned counsel, that:

1. Lead Plaintiffs shall file their response to the Motion to Dismiss on or before **August 14, 2018**.

2. Defendants shall file their optional reply to Lead Plaintiffs' response to Individual Defendants' motion to dismiss on or before **September 13, 2018**.

Dated: June 25, 2018 STIPULATED TO AND APPROVED BY:

s/ Neil Grossman
Neil Grossman

Bronstein, Gewirtz & Grossman, Esqs.
144 North Beverwyck Road, #187
Lake Hiawatha, NJ 07034
973-335-6409
neil@bgandg.com

*Attorney for Lead Plaintiffs*

/s/ *Sara B. Cannon*
Sara B. Cannon

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
United States
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900

*Attorney for Individual Defendants*

**IT IS SO ORDERED.**

Dated: 6/26/2018

Honorable Kevin McNulty
United States District Court Judge