UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN PADGETT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIT TECHNOLOGIES LTD., AMIT MANTSUR, YOSSI BEN HAROSH, ERAN EROV, and MOTTI HANIA,<br><br>Defendants. | Civ. No. 16-4579 (KM) (JBC)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion of Defendants to dismiss the Amended Complaint (DE 23, 28); and the Plaintiffs having opposed the motion (DE 32); and the Defendants having filed a reply brief (DE 33); and the Court having considered the papers before it without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the Opinion filed on this date, and for good cause shown:

**IT IS** this 22d day of February, 2019,

**ORDERED** that Defendants' motion (DE 28) pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Amended Complaint for failure to state a claim is **GRANTED**.

This dismissal is without prejudice to the filing of a properly supported motion for leave to amend the complaint pursuant to Fed. R. Civ. P. 15, attaching a proposed amended complaint, within 45 days.

_____
HON. KEVIN MCNULTY, U.S.D.J.